STEPHEN R. MICK (SBN 131569)
smick@btlaw.com
DEVIN STONE (SBN 206326)
dstine@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:  310.284.3880
Facsimile:   310.284.3894

NOTE: CHANGES MADE BY THE COURT

Attorneys for
Cracker Barrel Old Country Store

STEVE K. WASSERMAN (Bar No. 58573)
swasserman@wcclaw.com
KATHRYN S. MARSHALL (Bar No. 175081)
kmarshall@wcclaw.com
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile:  (818) 345-0162

Attorneys for Defendant Jassoon, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONE DESIGN, INC., a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>CRACKER BARREL OLD COUNTRY STORE, a Tennessee corporation, JASSOON, INC., a California corporation,<br><br>         Defendants. | CASE NO. 2:13-cv-03532-RGK (PJWx)<br><br>[*Assigned to the Honorable R. Gary Klausner, Room 850*]<br><br>**[~~PROPOSED~~] JUDGMENT** |
| JASSOON, INC., a California corporation,<br><br>         Third-Party Plaintiff,<br><br>    v.<br><br>SO CAL SUBLIMATION,<br><br>         Third-Party Defendant. | |

1067822.1

[PROPOSED] JUDGMENT

The Court, having considered this matter on the motion for summary judgment made by defendants Cracker Barrel Old Country Store and Jassoon, Inc. with respect to all causes of action in Plaintiff Mone Design, Inc.'s Complaint, and having considered all of the papers and evidence submitted in connection therewith, finds that pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants are entitled to summary judgment.  The Court finds that Plaintiff has failed, as a matter of law, to establish necessary elements of its first claim for copyright infringement.  **The second claim for unfair competition under Cal. Bus. & Prof. Code § 17200 *et seq*, and third claim for common law unfair competition also fail as they are preempted by the Copyright Act**.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of defendants Cracker Barrel Old Country Store and Jassoon, Inc. and against Plaintiff Mone Design, Inc.  Plaintiff's Complaint in this action shall and hereby is dismissed with prejudice.  Defendants shall recover their costs.

SO ORDERED.

Dated:  May 22, 2014                    By  *Gary Klausner*
                                            R. Gary Klausner
                                            United States District Judge